```
   CSTAK            *         PUBLIC INFORMATION          *        07-17-2019
 PAGE 001           *            INMATE DATA              *         10:53:53
                                AS OF 07-17-2019

REGNO..: 55024-039 NAME: SAMY, CHRIS

                        RESP OF: CRW
                        PHONE..: 817-782-4000    FAX: 817-782-4875
                                                 RACE/SEX...: ASIAN/PAC.ISL. / FEMAL
                                                 AGE:  71
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 05-06-2021                          PAR HEAR DT:




G0002        MORE PAGES TO FOLLOW . . .
```

```
 CSTAK            *         PUBLIC INFORMATION          *       07-17-2019
PAGE 002          *            INMATE DATA              *         10:53:53
                            AS OF 07-17-2019


REGNO..: 55024-039 NAME: SAMY, CHRIS

                   RESP OF: CRW
                   PHONE..: 817-782-4000    FAX: 817-782-4875
HOME DETENTION ELIGIBILITY DATE: 01-18-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-06-2021 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 0645 2:16CR20610 (1)
JUDGE..........................: TARNOW
DATE SENTENCED/PROBATION IMPOSED: 06-06-2018
DATE COMMITTED.................: 09-26-2018
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:   $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841(A)(1) CONSPIRACY TO UNLAWFULLY DISTRIBUTE CONTROLLED
         SUBSTANCES, CT 8.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    36 MONTHS
 TERM OF SUPERVISION............:    36 MONTHS
 DATE OF OFFENSE................: 09-22-2016




G0002       MORE PAGES TO FOLLOW . . .
```

```
   CSTAK            *          PUBLIC INFORMATION           *      07-17-2019
PAGE 003 OF 003 *               INMATE DATA                 *        10:53:53
                              AS OF 07-17-2019


REGNO..: 55024-039 NAME: SAMY, CHRIS

                       RESP OF: CRW
                       PHONE..: 817-782-4000   FAX: 817-782-4875
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-03-2018 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-06-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-26-2018
TOTAL TERM IN EFFECT............:     36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS
EARLIEST DATE OF OFFENSE........: 09-22-2016

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     09-22-2016   09-22-2016

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 141
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 05-06-2021
EXPIRATION FULL TERM DATE.......: 09-24-2021
TIME SERVED.....................:      9 MONTHS    23 DAYS
PERCENTAGE OF FULL TERM SERVED..:  27.0

PROJECTED SATISFACTION DATE.....: 05-06-2021
PROJECTED SATISFACTION METHOD...: GCT REL




        G0000         TRANSACTION SUCCESSFULLY COMPLETED
```